AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:24-mj-00095 |
|---|---|---|
| v. | ) | Assigned To : Judge Robin M. Meriweather |
| John Banuelos | ) | Assign. Date : 3/7/2024 |
| DOB: XXXXXX | ) | Description: COMPLAINT W/ARREST WARRANT |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | Obstruction of Law Enforcement During Civil Disorder, |
| 18 U.S.C. § 1752(a)(1) and (b)(1)(A) | Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, |
| 40 U.S.C. § 5104(e)(1)(A)(i) | Individual or group of individuals to Willfully and Knowingly carry on or have Readily Accessible to any Individual on the Grounds or in any Capitol Buildings, a Firearm., |
| 40 U.S.C. § 5104(e)(1)(A)(ii) | Individual or Group of Individuals to Discharge a Firearm or Explosives, use a Dangerous Weapon, or Ignite an Incendiary Device, on the Grounds or in any of the Capitol Buildings., |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

_____, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 03/07/2024

_____
Judge's signature

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
Printed name and title