UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | Case No.: 24-cr-135 (TSC) |
| | : | |
| **JOHN BANUELOS,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America and counsel for John Banuelos ("the parties") hereby move this Court for a 30-day continuance of the status conference set for September 20, 2024, and to exclude the time from the date this Court enters an Order on this motion through and including the date of the next hearing.

On August 21, 2024, the Court scheduled a status conference for September 20, 2024 and a jury trial for February 3, 2025. The Court tolled the Speed Trial Act from August 21, 2024 through September 20, 2024 in the interest of justice.

A 30-day continuance will give the parties more time to engage in on-going plea negotiations.

For this reason, the parties respectfully requests an order continuing the status hearing to October 18, 2024 (or the following week) and to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv) from the date this Court enters an Order on this motion through and including the date of the next

hearing.

                                              Respectfully submitted,

| | |
|---|---|
| */s/Michael Lawlor* | */s/ Rebekah Lederer* |
| MICHAEL LAWLOR | REBEKAH LEDERER |
| Counsel for John Banuelos | Assistant United States Attorney |
| Bar No. | Bar No. PA 320922 |
| 6305 Ivy Lane-Suite 700 | 601 D Street, N.W. |
| Greenbelt, MD 20770 | Washington, D.C. 20001 |
| (301) 474-0044 | (202) 252-7012 |
| mlawlor@verizon.net | Rebekah.Lederer@usdoj.gov |