UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No.: 24-cr-135 (TSC) |
| : | |
| **JOHN BANUELOS,** : | |
| : | |
| **Defendant.** : | |

**JOINT MOTION TO CONTINUE STATUS HEARING AND
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America and counsel for John Banuelos ("the parties") hereby move this Court for a 30-day continuance of the status conference set for October 21, 2024, and to exclude the time from the date this Court enters an Order on this motion through and including the date of the next hearing.

On September 18, 2024, the Court scheduled continued the status conference scheduled for September 20, 2024 so that the parties could continue to engage in on-going plea negotiations. The Court tolled the Speed Trial Act from September 20, 2024 through October 21, 2024 in the interest of justice.

A 30-day continuance will give the parties even more time to engage in on-going plea negotiations. A jury trial is scheduled for February 3, 2025.

For this reason, the parties respectfully requests an order continuing the status hearing to November 22, 2024 (or the following week) and to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv)

from the date this Court enters an Order on this motion through and including the date of the next hearing.

        Respectfully submitted,

*/s/Michael Lawlor*        */s/ Rebekah Lederer*
MICHAEL LAWLOR        REBEKAH LEDERER
Counsel for John Banuelos        Assistant United States Attorney
Bar No.        Bar No. PA 320922
6305 Ivy Lane-Suite 700        601 D Street, N.W.
Greenbelt, MD 20770        Washington, D.C. 20001
(301) 474-0044        (202) 252-7012
mlawlor@verizon.net        Rebekah.Lederer@usdoj.gov