IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   Case No. 24-cr-135-TSC |
| JOHN BANUELOS | * |
| | * |
| Defendant. | * |

**UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE**

The Defendant, John Banuelos, by and through counsel, Michael E. Lawlor, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Motion to Continue Status Conference. In support of this Motion, counsel state as follows.

1. A status conference in this matter is set for November 19, 2024 at 1:00 p.m. A jury trial is scheduled for February 3, 2025. At this time, Mr. Banuelos respectfully requests that this Court continue the status conference to a date and time convenient for the Court and the parties.

2. The Government has extended Mr. Banuelos a plea offer in this case. Counsel require additional time to discuss the plea offer with Mr. Banuelos and to advise him of his options for further proceedings. Additionally, the undersigned counsel are currently engaged in a homicide trial in the Circuit Court for Charles County, Maryland. The trial in that case is expected to conclude on or before November 26, 2024.

3. This Motion is unopposed. The undersigned counsel have contacted AUSA Rebekah Lederer, who has advised that the Government does not oppose a continuance of the November 19 status conference.

4. Given counsel's trial calendar, the undersigned counsel respectfully request that the Court's courtroom deputy clerk clear a new status conference date with the parties.

5. Mr. Banuelos consents to tolling time under the Speedy Trial Act through the date of the next hearing.

6. Accordingly, Mr. Banuelos respectfully requests that this Honorable Court continue the November 19 status conference to a date convenient for the Court and the parties.

Respectfully submitted,

/s/
_____
Michael E. Lawlor
Adam C. Demetriou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2024, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor